

**United States District Court**
**for the Northern District of Texas**

~~Fort Worth~~          Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 7 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| United States of America,<br>*Plaintiff,* | F.C.I. ~~El Reno~~<br>Place of Confinement |
| v. | Reg. No. 20583-077<br>Prisoner ID Number |
| Jesus Olivares ,<br>*Defendant.* | 4:92-CR-155-Y<br>Criminal Case Number |

## Defendant's Motion and Questionnaire for Reduction of Sentence
## Pursuant to 18 U.S.C. § 3582(c)

### Instructions - Read Carefully

1.  This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2.  This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3.  When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5'
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4.    Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1.    Name and location of court that entered the sentence that you are asking to reduce:

<u>U.S. District Court for the Northern District of Texas, Fort Worth Division</u>

2.    Date(s) of sentence and judgment of conviction:

<u>June 27, 1994</u>

3.    Are you currently in prison for this sentence?

_____x___Yes _____No

4.    If so, when is your projected date of release?

<u>Life/ deceased</u>

5.    Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody.  An example of one of these programs is completion of the Residential Drug Abuse Program.  Are you participating in one of these programs and, if so, when will you complete the program?

<u>See Memorandum of Law attached hereto.</u>

6.    Are you currently on supervised release?    _____Yes ___x___ No

7.    Are you currently in prison because you violated your supervised release ?

_____Yes ___X___No

8.    Is your case currently on appeal? _____Yes ___x___No

9.    Offense(s) for which you were convicted (all counts):

<u>Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §</u>

<u>846; and Distribution of Cocaine and Aiding and Abetting, in</u>

<u>violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2</u>

Page 2 of 4

10.     Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

      **X**    **Yes**           **No**                **Don't know**

11.     In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

      **x**    **Yes**            **No**                **Don't know**

12.     Was your sentence based on an agreement with the Government for a specific sentence?

            **Yes**    **x**    **No**                **Don't know**

13.     List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

      `See Memorandum of Law attached hereto`
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this   14th day of November                , 201 6 .

_Jesus Olivares_
Signature of Defendant

_Jesus Olivares_
Printed Name

20583-077
BOP No.

F.C.!. El Reno
Federal Correctional Institution (if applicable)

P.O. Box 1500
Address

El Reno, Oklahoma 73036
City, State & Zip Code

Jesus Olivares
Reg. No. 20583-077
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036


November 14, 2016


Clerk, United States District Court
Northern District of Texas, Fort Worth-Division
501 W. 10th St., RM 310
Fort Worth, Tx 76102-3643


     RE:  United States v. Jesus Olivares
           Criminal No. 4:92-CR-155-Y


Dear Clerk:


    Enclosed please find and accept for filing Defendant's Motion
and Memorandum of Law in support of his Section 3582(c)(2) Citing
Amendment 782.


    Thank you for your assistance in this matter.


                              Sincerely,

                              /s/Jesus Olivares
                              Jesus Olivares

Jesus Olivares #20583-011
Federal Correctional Institution
P.O. Box 1500
El Reno, OK. 73036

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2016 NOV 17   PM 3:13

CLERK OF COURT

20583-077
Clerk N Dist Of Texas
501 W 10TH ST
Room 310
FORT Worth, TX 76102-3643
United States

